MAR. 26. 2008  8:40AM                                    NO. 4038    P. 6

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ENRIQUE ORTUNO-ORTIZ | CASE NUMBER: _O8CR1083-Dms_ |

I, _ENRIQUE ORTUNO-ORTIZ_ , the above named defendant, who is accused of

committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___4-08-08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_Enrique Ortuño_
Defendant

_____
Counsel for Defendant
Benjamin Cichad for
R. Stevens

Before _____
JUDICIAL OFFICER

FILED
APR 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.
BY: pm DEPUTY